**Dave CANTRELL and A. R. Robinson v. STATE.**

No. 17420.

Court of Criminal Appeals of Texas.

March 20, 1935.

**Gene ANDERSON v. STATE.**

No. 17594.

Court of Criminal Appeals of Texas.

March 27, 1935.

W. H. Nunn, of Georgetown, for appellant.

T. L. Price, of Post, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

1113

LATTIMORE, Judge.

Conviction for burglary; punishment, two years in the penitentiary.

There is neither statement of facts nor bills of exception in this record. We observe no defect in any matter of procedure.

The judgment will be affirmed.